IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER R. WILLIAMS**                                                **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 1:08cv320-HSO-JMR**

**STATE OF MISSISSIPPI, et al.**                                   **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice without an evidentiary hearing.

**SO ORDERED AND ADJUDGED**, this the 3rd day of October, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE